B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

__Southern__ District of __Ohio__

In re __Kevin D Chapman, Delcie M Chapman__,
Debtor

Case No. __14-56103__

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Equity Trust Company Custodian FBA Dennis T. Regan IRA c/o FCI Lender Services, Inc.

**Court claim no.** (if known): __5__

**Last four digits** of any number you use to identify the debtor's account: __2__ __1__ __0__ __9__

**Date of payment change:**
Must be at least 21 days after date of this notice
__11__ / __01__ / __2014__

**New total payment:** $ __1,318.05__
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
_____

**Current escrow payment:** $ __124.15__    **New escrow payment:** $ __279.97__

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.      ☑ I am the creditor's authorized agent.
　　　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/LeAnn E. Covey                                                   Date  01 / 30 / 2015
　Signature

**Print:**   LeAnn         E          Covey              Title  Attorney
　　　　　　First Name    Middle Name   Last Name

Company    The Law Offices of John D. Clunk Co. LPA

Address    4500 Courthouse Blvd., Suite 400
　　　　　　Number        Street

　　　　　　Stow                              OH        44224
　　　　　　City                              State     ZIP Code

Contact phone  ( 330 ) 436 – 0300                Email  bknotice@johndclunk.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30th, 2015, a copy of Notice of Payment Change was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Claire Ripley Fried

Faye English

Office of the U.S. Trustee

and on the following by **ordinary U.S. mail** addressed to:

Kevin D Chapman
9023 Bussert Road
Amanda, OH  43102

Delcie M Chapman
9023 Bussert Road
Amanda, OH  43102

                                           **/S/ LeAnn E. Covey**
                                           LeAnn E. Covey, Esquire

**FCI Lender Services, Inc.**
Loan Servicing • Specialty Servicing • Default
Phone: (800) 931-2424   Fax: (714) 282-6847

| BORROWER |
|---|
| Kevin D Chapman |
| Delcie M Chapman |
| 9023 Bussert Road SW |
| Amanda, OH  43102 |

| ACCOUNT NO. | |
|---|---|
| STATEMENT DATE | 9/9/2014 |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### PROJECTIONS FOR COMING YEAR

This is a statement of your escrow account as of 8/28/2014.

| CURRENT PAYMENT INFORMATION | |
|---|---|
| Contractual Due Date: | 12/1/2013 |
| Principal & Interest Payment: | $ 1,038.08 |
| Escrow Payment: | $ 124.15 |
| Current Payment: | $ 1,162.23 |
| Escrow Balance: | $ - |

| NEW PAYMENT INFORMATION | |
|---|---|
| Principal and Interest | $ 1,038.08 |
| Escrow Payment | $ 279.97 |
| **Payment Amount** | $ 1,318.05 |
| **Effective Date** | 11/1/2014 |

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | |
|---|---|---|
| Month-Year | Payments from Escrow Account | Description |
| Aug-14 | $ - | |
| Sep-14 | $ - | |
| Oct-14 | $ - | |
| Nov-14 | $ - | |
| Dec-14 | $ - | |
| Jan-15 | $ - | |
| Feb-15 | $ 845.72 | County Tax |
| Mar-15 | $ - | |
| Apr-15 | $ - | |
| May-15 | $ - | |
| Jun-15 | $ - | |
| Jul-15 | $ 845.72 | County Tax |
| Delinquent Taxes | $ 1,668.15 | 2013 County Tax |
| | | |
| **Total Anticipated Disbursements:** | $ 3,359.59 | |

We anticipate the total of your coming year escrow invoices to be $3,359.59.  We divided that amount by the number of payments expected during the coming year to obtain your escrow payment, below.

IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FCI Lender Services, Inc. • 8180 E Kaiser Blvd • Anaheim • CA 92808 • NMLS# 4920 • CA            • www.trustfci.com